Erik W. Kemp (State Bar Number 246196)
erik.kemp@stinson.com
**STINSON LLP**
595 Market Street
Suite 2600
San Francisco, California 94105
Telephone:     415.398.3344
Facsimile:     415.956.0439

*Counsel for Defendant KRADLE LLC*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE GUIDOTTI, individually and on behalf of all others similarly situated <br><br> Plaintiff, <br><br> v. <br><br> KRADLE LLC <br><br> Defendant. | Case No. 3:25-cv-10916-VC <br><br> **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANT'S DEADLINE TO RESPOND TO THE FIRST AMENDED COMPLAINT AS MODIFIED** |

STIPULATION TO EXTEND DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT

Defendant Kradle LLC ("Defendant") and Plaintiff Nicole Guidotti ("Plaintiff") (together with Defendant, the "Parties"), respectfully submit the following Stipulation to Extend Defendant's Deadline to Respond to the First Amended Complaint.

WHEREAS, Defendant filed a motion to dismiss Plaintiff's original complaint on March 2, 2026.

WHEREAS, Plaintiff filed and served a first amended complaint ("FAC") on March 23, 2026.

WHEREAS, pursuant to Federal Rule of Civil Procedure, Rule 15(a)(3), Defendant's responsive pleading is currently due April 6, 2026.

WHEREAS, Defendant is evaluating its response to the FAC.

WHEREAS, Defendant seeks an extension until April 20, 2026 to respond to the FAC, and Plaintiff has agreed to that request on the condition that, if Defendant files a motion to dismiss directed to the FAC, Plaintiff shall have 30 days after the filing of that motion to file its opposition.

WHEREAS, good cause exists for the requested extension because Defendant requires additional time to review the FAC and prepare its response, and Plaintiff has agreed to the requested extension provided that Plaintiff shall have 30 days to oppose any motion to dismiss directed to the FAC.

WHEREAS, this is the first extension of time Defendant has requested to respond to the FAC.  The parties previously stipulated to a 30-day extension of time for Defendant to respond to the original complaint.

WHEREAS, this extension would not affect any other deadline set by Court order.   The Court has not yet entered a scheduling order, and the only hearing currently on calendar is a case management conference set for May 1, 2026.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal Rule of Civil Procedure 6(b) and Civil Local Rule 6-2, and subject to the Court's approval, that (1) Defendant's deadline to respond to the FAC is extended to April 20, 2026, and (2) if Defendant files a motion to dismiss directed to the FAC, Plaintiff shall file any opposition by May 11.

1

IT IS SO STIPULATED.

Dated:  April 1, 2026                                    **STINSON LLP**

                                                By:    */s/ Erik W. Kemp*
                                                       Erik W. Kemp

                                                       *Counsel for Defendant*

Dated:  April 1, 2026                                    **GUCOVSCHI LAW FIRM, PLLC.**

                                                By:    */s/ Adrian Gucovschi*
                                                       Adrian Gucovschi

                                                       *Counsel for Plaintiff*

I, Erik Kemp, am the ECF user whose identification and password are being used to file this stipulation. I hereby attest that Adrian Gucovschi has concurred in this filing. */s/ Erik W. Kemp*

**PURSUANT TO STIPULATION, IT IS SO ORDERED AS <span style="color:red">MODIFIED</span>.**

DATED: ___April 2_____, 2026

                                                _____
                                                HON. VINCE CHHABRIA
                                                UNITED STATES DISTRICT JUDGE

CORE/3519531.0005/240922398.1                          2

CORE/3519531.0005/240922398.1