Erik W. Kemp (State Bar Number 246196)
erik.kemp@stinson.com
**STINSON LLP**
595 Market Street
Suite 2600
San Francisco, California 94105
Telephone:    415.398.3344
Facsimile:    415.956.0439

*Counsel for Defendant KRADLE LLC*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE GUIDOTTI, individually and on behalf of all others similarly situated<br><br>        Plaintiff,<br><br>   v.<br><br>KRADLE LLC<br><br>        Defendant. | Case No. 3:25-cv-10916-VC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |

Defendant Kradle LLC ("Defendant") on the one hand, and Plaintiff Nicole Guidotti ("Plaintiff") on the other hand (together with Defendant, the "Parties"), respectfully submit the following Stipulation to Continue the Initial Case Management Conference, currently scheduled for May 1, 2026 at 10:00 a.m., to June 12, 2026 at 10:00 a.m.

WHEREAS, the initial Case Management Conference in this matter is currently scheduled for May 1, 2026.

WHEREAS, Paragraph 14 of the Court's Civil Standing Order provides that "[i]f a defendant files a motion to dismiss that is dispositive of the entire case, the parties can stipulate to move the initial case management conference to 15 days after the hearing on that motion."

WHEREAS, Defendant filed a Motion to Dismiss the first amended complaint that is dispositive of the entire case on April 20, 2026 and noticed the hearing on the motion for May 28, 2026.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties, subject to the Court's approval, that the Initial Case Management Conference is continued to June 12, 2026 at 10:00 a.m.

IT IS SO STIPULATED.

Dated: April 23, 2026      **STINSON LLP**

By:   */s/ Erik W. Kemp*
      Erik W. Kemp

*Counsel for Defendant*

Dated: April 23, 2026      **GUCOVSCHI LAW FIRM, PLLC.**

By:   */s/ Adrian Gucovschi*
      Adrian Gucovschi

*Counsel for Plaintiff*

I, Erik Kemp, am the ECF user whose identification and password are being used to file this

STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE
CORE/3519531.0005/239494984.1

stipulation. I hereby attest that Adrian Gucovschi has concurred in this filing. */s/ Erik W. Kemp*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____, 2026

_____
HON. VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE