**GUCOVSCHI LAW FIRM, PLLC**
ADRIAN GUCOVSCHI (State Bar No. 360988)
E-Mail: adrian@gucovschilaw.com
140 Broadway, 46th Floor
New York, New York 10005
Telephone: (212) 884-4230
Facsimile: (212) 884-4230

Attorneys for Plaintiff
NICOLE GUIDOTTI

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| NICOLE GUIDOTTI, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> KRADLE LLC, <br><br> Defendant. | No. 3:25-cv-10916-VC <br> Hon. Vince Chhabria <br><br> **STIPULATION TO EXTEND BRIEFING SCHEDULE AND TO CONTINUE HEARING DATE ON DEFENDANT'S MOTION TO DISMISS** |

CORE/3519531.0005/242888600.1

Under Civil Local Rule 6-2, Plaintiff Nicole Guidotti ("Plaintiff") and Kradle LLC (individually, "Defendant" and together with Plaintiff, the "Parties") stipulate and agree as follows:

**WHEREAS**, Plaintiff filed the Class Action Complaint ("Complaint") in this matter, and subsequently filed a First Amended Complaint ("FAC");

**WHEREAS**, Defendant filed a Motion to Dismiss Plaintiff's First Amended Complaint on April 20, 2026 (ECF No. 31), with a hearing set for May 28, 2026, at 10:00 A.M.;

**WHEREAS**, Plaintiff's opposition to the Motion to Dismiss is presently due May 11, 2026, and Defendant's reply is presently due May 18, 2026;

**WHEREAS**, the Parties have agreed, pending this Court's approval, to extend Plaintiff's time to oppose the Motion to Dismiss up to and including May 18, 2026, to extend Defendant's time to file its reply up to and including May 26, 2026, and to continue the hearing on the Motion to Dismiss until June 25, 2026, the next available date on the Court's calendar;

**WHEREAS**, Good cause exists for the requested extension because lead counsel for Plaintiff requires additional time to adequately prepare Plaintiff's opposition to Defendant's Motion to Dismiss, and the Parties continue to discuss private resolution and believe that the additional time will be productive;

**WHEREAS**, entry of the extension will not affect any deadlines in the case other than the briefing schedule on Defendant's Motion to Dismiss;

**WHEREAS**, these requests are not made for the purpose of delay, and are made in good faith and for the purposes of efficiency and judicial and party economy; further, since this matter is still in its early stages and the Parties are in agreement, the extension will not result in any prejudice to anyone or impact the timely resolution of this case;

**NOW, THEREFORE**, the Parties stipulate to the following, subject to the Court's approval:

1. Plaintiff's time to file her opposition to Defendant's Motion to Dismiss the First Amended Complaint (ECF No. 31) is extended up to and including May 18, 2026.

2. Defendant's time to file its reply in support of the Motion to Dismiss is extended up to and including May 26, 2026.

- 2 -

STIP. TO EXTEND BRIEFING SCHEDULE
CASE 3:25-CV-10916-VC

3.    The hearing on Defendant's Motion to Dismiss shall be continued until June 25, 2026 at 10:00 a.m. All other deadlines remain unchanged.

Respectfully submitted,

**GUCOVSCHI LAW FIRM, PLLC**

Dated: May 8, 2026

By:/s/ Adrian Gucovschi
_____
Adrian Gucovschi
Attorneys for Plaintiff
NICOLE GUIDOTTI

Dated: May 8, 2026    **STINSON LLP**

By:/s/ Erik W. Kemp
_____
Erik W. Kemp
Attorneys for Defendant
KRADLE LLC

## ATTESTATION OF E-FILED SIGNATURE

I, Adrian Gucovschi, attest that concurrence in the filing of the document has been obtained from Defendant's counsel, and that Defendant's counsel agreed to this stipulated extension.

Dated: May 8, 2026    By:/s/ *Adrian Gucovschi*
_____
Adrian Gucovschi

## [PROPOSED] ORDER

**PURSUANT TO STIPULATION, THE COURT ORDERS AS FOLLOWS:**

The Stipulation is approved. Plaintiff's deadline to file her opposition to Defendant's Motion to Dismiss the First Amended Complaint (ECF No. 31) is extended up to and including May 18, 2026. Defendant's deadline to file its reply in support of the Motion to Dismiss is extended up to and including May 26, 2026. The hearing on Defendant's Motion to Dismiss shall be continued to June 25, 2026.

Dated: _____

_____
HON. VINCE CHHABRIA
United States District Judge

STIP. TO EXTEND BRIEFING SCHEDULE
CASE 3:25-CV-10916-VC

CORE/3519531.0005/242888600.1