Frank S. Hedin (SBN 291289)
**HEDIN LLP**
1395 Brickell Ave., Suite 610
Miami, Florida 33131-3302
Telephone: (305) 357-2107
Facsimile: (305) 200-8801
E-Mail: fhedin@hedinllp.com

Adrian Gucovschi (State Bar No. 360988)
**GUCOVSCHI LAW FIRM**
165 Broadway, 23rd Floor
New York, New York 10006
Telephone: (212) 884-4230
E-Mail: adrian@gucovschilaw.com

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NICOLE GUIDOTTI, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> KRADLE, LLC <br><br> Defendant. | Case No.: 3:25-cv-10916-VC <br><br><br> **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Nicole Guidotti, by and through her undersigned counsel of record, hereby dismisses her claims against Defendant Kradle, LLC without prejudice.

Dated: May 11, 2026                               Respectfully submitted,

                                        By:    /s/ Adrian Gucovschi
                                               Adrian Gucovschi (SBN 360988)

                                               **GUCOVSCHI LAW FIRM, PLLC.**
                                               165 Broadway, 23rd Floor
                                               New York, NY 10006
                                               Telephone: (212) 884-4230
                                               Facsimile: (212) 884-4230
                                               E-Mail: adrian@gucovschilaw.com

                                               **-and-**

                                               **HEDIN LLP**
                                               Frank S. Hedin (SBN 291289)
                                               1395 Brickell Ave., Suite 610
                                               Miami, Florida 33131-3302
                                               Telephone: (305) 357-2107
                                               Facsimile: (305) 200-8801
                                               E-Mail: fhedin@hedinllp.com